IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No.00-60865
_____

JOE C BOYD; DOROTHY J BOYD
                Petitioners - Appellants

    v.

COMMISSIONER OF INTERNAL REVENUE
                Respondent - Appellee

--------------------
Appeal from the United States Tax Court
(18922-97)
--------------------
September 26, 2001

Before KING, Chief Judge, and DUHÉ and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The taxpayers have failed to persuade us that the settlement
agreement is ambiguous.  The language that they point to is clear
and unambiguous, and giving that language its obvious meaning
does not lead to any unacceptable conflict with other terms of
the agreement.  As the Tax Court pointed out, the agreement
provides that pre-opening or start-up expenses associated with
Melody Woods will be deductible under Section 162, which allows
as a deduction the ordinary and necessary expenses paid or
incurred "in carrying on any trade or business."  There is,
therefore, no inconsistency within the agreement in providing
that the gain on the sale of Melody Woods will be treated as

_____

[*]    Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

long-term gain under Section 1231.  What the taxpayers are actually arguing for is reformation to deal with a unilateral mistake, but as the Commissioner points out, only a mutual mistake can lead to reformation.

The judgment of the Tax Court is AFFIRMED.